# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| VICKY DENISE YOUNG COX, As Trustee for the Next of Kin of Kyle Young,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ST. JUDE MEDICAL, INC.,<br><br>　　　　　　　Defendant. | Civil No. 06-2315 (JRT/FLN)<br><br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

_____

　　Gale D Pearson and Stephen J. Randall, **PEARSON, RANDALL & SCHUMACHER, PA**, 400 South Fourth Street Suite 1012, Minneapolis, MN 55415, for plaintiff.

　　Thomas J Conley, **LEONARD STREET AND DEINARD, PA**, 150 South Fifth Street Suite 2300, Minneapolis, MN 55402, for defendant.

　　Based upon the Stipulation of the parties (Docket No. 15),

**IT IS HEREBY ORDERED THAT** the action against St. Jude Medical, Inc. is hereby dismissed without prejudice, with the rights of all parties reserved as they may exist on the date of dismissal, each party to bear its own costs and counsel fees.

DATED:  August 3, 2006
at Minneapolis, Minnesota.　　　　　　　　　　　　　　　s/John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge